# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 16-cv-02255-MSK-NYW

KATHY HAAKE,

    Plaintiff,

vs.

CONN APPLIANCES, INC., d/b/a CONN'S,

    Defendant.

## JOINT MOTION TO ADMINISTRATIVELY CLOSE PROCEEDINGS PENDING COMPLETION OF ARBITRATION

    Pursuant to D.C.COLO.LCivR 41.2, Plaintiff, Kathy Haake, and Defendant, Conn Appliances, Inc., jointly move to administratively close this action pending the completion of arbitration under the parties' Retail Installment Contract and Security Agreement, attached hereto as **Exhibit A**.

    DATED:  October 4, 2016.    Respectfully submitted,

    s/  Sarah T. McEahern
Sarah T. McEahern
HYDE & SWIGART
1525 Josephine St.
Denver, CO  80206
Telephone:  303-731-5493
Facsimile:  800-635-6425
sm@westcoastlitigation.com
*Attorneys for Plaintiff, Kathy Haake*

2

s/ J. Matt Thornton
Matthew A. Morr
J. Matt Thornton
BALLARD SPAHR LLP
1225 Seventeenth Street, Suite 2300
Denver, Colorado 80202-5596
Telephone: 303-292-2400
Facsimile: 303-296-3956
morrm@ballardspahr.com
thorntonj@ballardspahr.com
*Attorneys for Defendant Conn Appliances, Inc., d/b/a Conn's*